IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**JOHNNY H. WILLIAMS**,

      **Plaintiff,**

      **-vs-**           No. 03-CV-524 DRH

**JOE MILLER, JERRY JOSLIN,
RICK SNYDER, GREG BALACKMAN,
BOB CHAPMAN, COUNTY OF EDWARDS,
ILLINOIS, COUNTY OF WAYNE, ILLINOIS,
CITY OF FAIRFIELD, ILLINOIS,
KEVIN KAKAC, and BRIAN SHINKLE,**

      **Defendants.**

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This action came to hearing before the Court on Defendants' Motions to Dismiss.

**IT IS ORDERED AND ADJUDGED** that the Defendants' motions are **GRANTED** and Plaintiff's Amended Complaint is **DISMISSED WITH PREJUDICE**. Judgment is entered in favor of Defendants **JOE MILLER, JERRY JOSLIN, RICK SNYDER, GREG BALACKMAN, BOB CHAPMAN, COUNTY OF EDWARDS, ILLINOIS, COUNTY OF WAYNE, ILLINOIS, CITY OF FAIRFIELD, ILLINOIS, KEVIN KAKAC AND BRIAN SHINKLE** and against Plaintiff **JOHNNY H. WILLIAMS.** ------------------------------------------

                                    **NORBERT G. JAWORSKI, CLERK**

February 1, 2006                    By:  s/Patricia Brown
                                                  Deputy Clerk

APPROVED:/s/    David R Herndon
              **U.S. DISTRICT JUDGE**